IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| NIGEL MARLIN REID, II ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-CV-014 |
| ) | |
| MCDONALDS CORPORATE OFFICE, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This case is before the court on *pro se* plaintiff's application to proceed on appeal *in forma pauperis* [doc. 26]. United States Magistrate Judge Clifton L. Corker has filed a Report and Recommendation [doc. 28] recommending that plaintiff's application be granted. There have been no timely objections to the Report and Recommendation.

The court is in complete agreement with the Magistrate Judge's Report and Recommendation [doc. 28], which the court **ACCEPTS IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). For the reasons stated in the Report and Recommendation, which the court incorporates into this ruling, plaintiff's application to proceed on appeal *in forma pauperis* [doc. 26] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge